UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| LINDA AWDISHO | ) | CASE NO. 09-13051-PHX SSC |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Banner Health<br>Patient Financial Services<br>PO BOX 2978<br>Phoenix, AZ 85062 | $2.37 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2.37 to the Clerk of the Court to be deposited in the Registry thereof.

July 26, 2010             /s/ S. William Manera
Date                                  S. William Manera